IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN JOSE HERMOSILLO,

    Plaintiff,                                      CV F 05 1077 AWI WMW   P

  vs.                                             ORDER

CORR. CORP. OF AMERICA, et al.,

    Defendants.

        Plaintiff is a federal prisoner proceeding pro se.  This action was filed by several individual plaintiffs proceeding pro se.  On August 23, 2005, an order was entered, severing this action from the original action and directing Plaintiff to file an amended complaint.  Plaintiff failed to do so, and this court recommended dismissal of this action for failure to prosecute.  On December 7, 2005, Plaintiff filed a motion for reconsideration of the findings and recommendations.

        Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint in compliance with the order of August 23, 2005.  Failure to do so will result in dismissal of this action for failure to prosecute.

1  IT IS SO ORDERED.

2  **Dated:      June 20, 2006**            **/s/  William M. Wunderlich**
   mmkd34                           UNITED STATES MAGISTRATE JUDGE