IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUAN JOSE HERMOSILLO,

    Plaintiff,                              CV F 05 1077  AWI WMW P

    vs.                                     ORDER RE: FINDINGS &
                                            RECOMMENDATIONS (#11)

CALIF. CITY CORR. CENTER, et al.,

    Defendants.

_____/

        Plaintiff is a prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On March 12, 2007, findings and recommendations were entered, recommending dismissal of this action for failure to state a claim upon which relief can be granted. Plaintiff was provided an opportunity to file objections within twenty days. Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1  proper analysis.

2          Accordingly, THE COURT HEREBY ORDERS that:

3      1. The Findings and Recommendations issued by the Magistrate Judge on March

4  12, 2007, are adopted in full; and

5      2. This action is dismissed for failure to state a claim upon which relief can be

6  granted.  The Clerk is directed to close this case.

7

8  IT IS SO ORDERED.

9  **Dated:   April 27, 2007**              /s/ Anthony W. Ishii
                                               UNITED STATES DISTRICT JUDGE

2